IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**TEWDORS GIRMACHEW,**

    Plaintiff,

v.                                                                                        Civil Action No. **3:19CV593**

**JEFFREY CRAWFORD,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 30, 2019, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released. On October 7, 2019, the United States Postal Service returned a September 26, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," and "RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 29 October 2019
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge